Mary McNamara SBN 147131
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for LAURENCE SEIDENFELD

**FILED**

JUL 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Submitting Counsel are directed to serve this order upon all other parties in this action.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAURENCE SEIDENFELD,<br><br>Defendant. | Case No. CR 04-40197 SBA<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO UNSEAL PLEA<br>AGREEMENT FOR LIMITED<br>PURPOSE |

Defendant Laurence Seidenfeld, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Maureen Bessette, hereby stipulate that the plea agreement in the above-captioned case be unsealed for the limited purpose of providing a copy of the document to counsel.

IT IS SO STIPULATED.

DATED:

DATED: 7.16.07

MARY McNAMARA
Swanson, McNamara & Haller LLP
Attorney for LAURENCE SEIDENFELD

MAUREEN C. BESSETTE
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/23/07

Honorable Saundra B. Armstrong
United States District Judge