**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| L<small>AURENCE</small> S<small>EIDENFELD</small>,<br><br>   Petitioner,<br><br> v.<br><br>U<small>NITED</small> S<small>TATES OF</small> A<small>MERICA</small>,<br><br>   Respondent. | No. Cr 03-40082 SBA, Related Cases:<br>No. C 07-5233 SBA<br>No. C 07-5234 SBA<br>No. Cr 04-40197 SBA<br><br>**ORDER TO RESPOND**<br><br>[Docket Nos. 47, 49] |

  On October 12, 2007, Petitioner Laurence Seidenfeld filed a *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Docket No. 47]. On October 24, 2006, Petitioner Seidenfeld was committed to the custody of the Bureau of Prisons for 12 months and 67 months, to run consecutively. Petitioner now seeks to have the sentence corrected for alleged improper enhancements. Petitioner's three main arguments are (1) that he received ineffective assistance of counsel because of his counsel's failure to object to erroneous sentencing guidelines; (2) the Court erroneously enhanced his sentence based on his counsel's ineffectiveness; and (3) the Court erred in making enhancements without making proper factual findings.

  After having reviewed the relevant documents in accordance with 28 U.S.C. § 2255, this Court is unable to determine that a summary dismissal of the motion is appropriate.

  Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court shall serve by certified mail a copy of this order, and a copy of the Petitioner's motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this order on Petitioner individually.

2. Respondent shall file with this Court and serve upon the Petitioner, within thirty days of the issuance of this order an opposition, conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, which addresses whether the Petitioner's claims are procedurally defaulted and why Petitioner's motion should not be granted, and a copy of all portions of the

1 | reporter's transcripts which have previously been transcribed and which are relevant to a determination of the issues presented by the petition.

3. Petitioner may file a reply, if any, no later than thirty days after Respondent serves its opposition.

4. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

5. Petitioner has filed a motion to amend his memorandum of law in support of his petition [Docket No. 49]. The motion to amend is GRANTED.

IT IS SO ORDERED.

November 7, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge

2