MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorneys
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>LAURENCE SEIDENFELD,<br>    Defendant. | No. CR04-40197 SBA<br><br><u>UNITED STATES' MOTION TO UNSEAL</u> |

     The United States of America, by and through its United States Attorney Melinda Haag, and Assistant United States Attorney Maureen C. Bessette, respectfully request that this Court unseal documents listed at docket numbers 43, 44, 45, and 46 for the sole purpose of making a copy and then

///

///

///

///

///

///

///

MOTION TO UNSEAL AND ORDER

1  immediately seal all the documents.

3  Dated: June 26, 2012                    Respectfully submitted,

4                                          MELINDA HAAG
                                           United States Attorney

6                                          MIRANDA KANE
                                           Chief, Criminal Division

8                                              /s/
                                           MAUREEN C. BESSETTE
9                                          Assistant United States Attorney

10 IT IS SO ORDERED.

13 DATED: July 10, 2012                    _____
                                           SAUNDRA BROWN ARMSTRONG
14                                         UNITED STATES DISTRICT COURT JUDGE

MOTION TO UNSEAL AND ORDER
                                    2