MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3691

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR04-40197SBA |
|     Plaintiff, ) | |
|                        ) | <u>UNITED STATES' MOTION TO UNSEAL</u> |
|   v. ) | |
| LAURENCE SEIDENFELD, ) | |
|     Defendant. ) | |

      The United States of America, by and through its United States Attorney Melinda Haag and Assistant United States Attorney Maureen C. Bessette, respectfully request that this Court unseal the documents listed at docket 42 and 49 for the sole purpose of making

///
///
///
///
///
///
///

MOTION TO UNSEAL AND ORDER

1  a copy and then immediately seal the documents.

3  Dated: July 18, 2012                           Respectfully submitted,

4                                                 MELINDA HAAG
                                                  United States Attorney

5                                                 MIRANDA KANE
6                                                 Chief, Criminal Division

8                                                 _____
                                                  MAUREEN C. BESSETTE
                                                  Assistant United States Attorney

10 IT IS SO ORDERED.

13 DATED: July 20, 2013                           _____
                                                  SAUNDRA BROWN ARMSTRONG
14                                                UNITED STATES DISTRICT COURT JUDGE

MOTION TO UNSEAL AND ORDER
                                    2